```
 1  GEORGE S. CARDONA
    Acting United States Attorney
 2  CHRISTINE C. EWELL
    Assistant United States Attorney
 3  Chief, Criminal Division
    STEVEN R. WELK
 4  Assistant United States Attorney
    Chief, Asset Forfeiture Section
 5  MONICA E. TAIT
    Assistant United States Attorney
 6  Asset Forfeiture Section
    United States Attorney's Office
 7  California Bar No. 157311
         U.S. Courthouse, 14th Floor
 8       312 N. Spring Street
         Los Angeles, CA 90012
 9       Telephone: (213) 894-2931
         Facsimile: (213) 894-7177
10       E-Mail: Monica.Tait@usdoj.gov

11  Attorneys for Plaintiff
    United States of America
12
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA, | ) NO. CV 09-2364 SVW (MANx) |
|---|---|
| Plaintiff, | ) ORDER DISMISSING ACTION |
| v. | ) |
| $51,995.00 IN U.S. CURRENCY | ) |
| Defendants. | ) JS-6 |
| JESUS SANCHEZ AND YESENIA ARGUELLES, | ) |
| Claimants. | ) |

The court, having reviewed the stipulation between Plaintiff United States of America and claimants Jesus Sanchez and Yesenia Arguelles ("claimants"), IT IS HEREBY ORDERED as follows:

1.      This is a civil forfeiture action brought by plaintiff United States of America to forfeit the defendant $51,995.00 in U.S. Currency ("defendant currency") pursuant to 21 U.S.C. § 881(a)(6) and 18 U.S.C. § 981(a)(1)(C).  The only persons who have filed claims of ownership to the defendant currency are Jesus Sanchez and Yesenia Arguelles.

2.      It is the intent of the United States and the claimants to resolve all of their competing claims to the defendant currency by their Stipulation and this Order.

3.      Based upon the parties' stipulation and settlement, this action is hereby dismissed.

4.      The United States Marshals Service shall return the defendant currency to claimants within 30 days of the entry of this order by mailing a check, payable to "Thomas P. Sleisenger A PLC, Client Trust Account" to claimants' undersigned attorney at the following address:   Thomas P. Sleisenger, Esq.; 1901 Avenue of the Stars, Suite 615; Los Angeles, California  90067.

5.      Except as to such rights and obligations created by their Stipulation, Sanchez and Arguelles release and hold harmless the United States, and any agents, servants, and employees of the United States, including the Drug Enforcement Administration, acting in their individual or official capacities, from all claims, actions or proceedings which are related to or arise out of this action against the defendant currency, including, but not limited to, any claim for attorney's fees, costs, and/or interest, that may hereafter be asserted or brought by them or each of them, or on their behalf.

        6.   This order constitutes a certificate of reasonable cause pursuant to 28 U.S.C. § 2465(a)(2).

        7.   Each party shall bear its own costs of litigation and attorney's fees.

        8.   The district court retains jurisdiction over the parties hereto to effectuate the terms of their agreement.

        **IT IS SO ORDERED.**

DATED: October 22, 2009            _____
                                   The Hon. Stephen V. Wilson
                                   UNITED STATES DISTRICT JUDGE

PRESENTED BY:

GEORGE S. CARDONA
Acting United States Attorney

by:  _____
     MONICA E. TAIT
     Assistant United States Attorney